1 Brian C. Shapiro
Attorney at Law: 192789
Law Offices of Lawrence D. Rohlfing
2 12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
3 Tel.: (562)868-5886
Fax: (562)868-8868
4 E-mail: rohlfing.office@rohlfinglaw.com

5 Attorneys for Plaintiff
Fara Kaufman

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FARA KAUFMAN, | Case No.: 13-cv-3537 RNB |
| Plaintiff, | [PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| CAROLYN W. COLVIN,[1] Acting Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted, therefore, for Commissioner Michael J. Astrue as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). For simplicity, Plaintiff will refer to the Acting Commissioner as the Commissioner.

1    IT IS ORDERED that fees and expenses in the amount of $3,900.00 as
2 authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.
3 DATE:        March 25, 2014

_____
THE HONORABLE ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE

-2-